IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CARLTON WAYNE SMITH,

    Petitioner,

v.                              CASE NO. 4:14cv402-RH/CAS

UNITED STATES OF AMERICA,
U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT, MIAMI DIVISION,
CHIEF COUNSEL, MIREN O. FORERO,

    Respondents.

_____/

## ORDER OF DISMISSAL

This petition for a writ of habeas corpus under 28 U.S.C. § 2241 is before the court on the magistrate judge's report and recommendation, ECF No. 4. No objections have been filed.

As the report and recommendation correctly concludes, the petition does not adequately allege any basis for relief in this court. The petitioner seems to challenge his conviction in the Southern District of Florida, but neither § 2241 nor any other action that could be brought in this district provides a basis for relief from that conviction.

Case No. 4:14cv402-RH/CAS

The petitioner names as a respondent Immigration and Customs Enforcement. It is possible that the petitioner is in custody awaiting removal from the United States and that he seeks to challenge a removal order. But such a challenge cannot go forward in this court. Only the appropriate court of appeals has jurisdiction over a challenge to a removal order.

In any event, the petition alleges no basis for relief in this court. Accordingly,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "This case is DISMISSED." The clerk must close the file.

SO ORDERED on September 19, 2014.

s/Robert L. Hinkle  
United States District Judge